IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOSEPH THOMPSON, #501011980, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:11cv258-MEF |
| ) | |
| THE RUSSELL COUNTY ) | |
| SHERIFF DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On July 7, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this the 17th day of August, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE